# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 2, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

125594 & (43)

DANIEL MAGUSIN,
        Plaintiff-Appellant,

v

FORD MOTOR COMPANY and
SECOND INJURY FUND,
        Defendants-Appellees.

_____

SC:    125594
CoA:  248663
WCAC:  01-0098

On order of the Chief Justice, a stipulation signed by counsel for the parties is considered, and the application for leave to appeal is DISMISSED without costs and without prejudice to its being reinstated at the request of either party in the event redemption proceedings fail to resolve the case.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 2, 2006

_____
Clerk